# COURT MINUTES

Page 6

## Magistrate Judge Melissa Damian

Atkins Building Courthouse - 5th Floor     Date: 6/21/23     Time: 10:00 a.m.

Defendant: Horace Sappleton     J#: 70891-083   Case #: 23-3211-MJ-GOODMAN
AUSA: Joshua Bunker     Attorney: ~~Rae Shearn~~, CJA Luis Guerra
Violation: Attempted Re-Entry of Removed Alien
Proceeding: **Pretrial Detention Hearing**     CJA Appt: Paul Petruzzi
Bond/PTD Held: ☐ Yes ☒ No     Recommended Bond:
Bond Set at:         Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
*Brady given 6/16/23*
**Prel/Arr 6/30/23*
Oral Motion from Luis Guerra to withdraw as CJA due to conflict - Granted
Paul Petruzzi appointed as CJA
- Defendant detained
Parties Stip to $25K CSB w/ nebbia & right to revisit
- Defense request change of Date for Prel/Arr - Granted

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:   6/29/23 @ 10am Duty     Miami
Status Conference RE:
D.A.R. 10:49:36 / 11:14:21     Time in Court: 7 min